IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 62

September Term, 2012

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

STEVEN GENE BERRY

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

PER CURIAM ORDER

Filed: January 14, 2014

ATTORNEY GRIEVANCE          *      **In the**
COMMISSION OF MARYLAND

                                            *      **Court of Appeals**

         v.                      *      **of Maryland**

                                            *      **Misc. Docket AG No. 62**

STEVEN GENE BERRY

                                            *      **September Term, 2012**

### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 14th day January, 2014,

ORDERED, by the Court of Appeals of Maryland, that the respondent, Steven Gene Berry, be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Steven Gene Berry from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 16-761(b), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Steven Gene Berry.

                                     /s/ Mary Ellen Barbera
                                     Chief Judge